||   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED18-182M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| | ) | FURTHER REVOCATION |
| v. | ) | PROCEEDINGS |
| RAMON ANGEL LARRANAGA, | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 |
| | ) | U.S.C. § 3143(a)(1)) |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    (X) other: New felony drug conviction

1

|   |   |
|---|---|
| | Insufficient bail resources |
| | Ties to foreign country |
| | and/ or |

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ( )     information in the Pretrial Services Report and Recommendation

    ( )     information in the violation petition and report(s)

    ( )     the defendant's nonobjection to detention at this time

    ( )     other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 4, 2018

KENLY KIYA KATO
United States Magistrate Judge